The International Nickel Company *v.* United States

No. 8086.—
Entry No. 408, etc.

Second Division, Appellate Term

(Decided February 15, 1952)

*Sullivan & Cromwell (Robert MacCrate* and *Marvin S. Sloman* of counsel) for the appellant.

*Charles J. Wagner,* Acting Assistant Attorney General, for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: This application for review of Reap. Dec. 8034, 27 Cust. Ct. 415, covers the appeals for reappraisement enumerated in schedule "A," attached hereto and made a part hereof. The application for review, having been abandoned by counsel for the appellant herein, is dismissed.

Judgment will be entered accordingly.